IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT BRITTON,

    Plaintiff,                              ORDER

    v.                                      12-cv-545-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____

    This matter is currently set for oral argument on Monday, February 10, 2014, which will proceed by **telephonic hearing at 9:00 a.m**. with plaintiff's counsel to initiate the call to the court. The court also respectfully requests that the attorney principally responsible for drafting defendant's responsive brief participate.

    In preparing for argument, counsel may wish to focus on the assertions that the ALJ (1) erroneously found that plaintiff could have "occasional" contact with the general public, when there is evidence in the record of a marked limitation; (2) erroneously found plaintiff could perform low-stress work after finding credible evidence that plaintiff was unable to "manage work related stress" at this time; and (3) failed to explain how plaintiff's concentration, persistence and pace limitation was accounted for in the RFC determination.

    More generally, the court may wish to address why remand would not be merited in this case because of these and other alleged errors, as well as a lack of explanation of apparent inconsistencies and deficiencies in the record based on the medical evidence

provided by Joan Kojis, Ph.D , Beth Jennings, Ph. D. and Rebecca Angle, Ph. D.

Entered this 6th day of February, 2014.

BY THE COURT:

/s/

_____
William M. Conley
District Judge