IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT CURT BRITTON, III,

       Plaintiff,          JUDGMENT IN A CIVIL CASE

v.          Case No. 12-cv-545-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Robert Curt Britton, III attorney fees and costs in the amount of $9,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      _____s/ A. Wiseman, Deputy Clerk_____       _____June 13, 2014_____
             Peter Oppeneer, Clerk of Court                 Date